FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2026

SEAN F. MCAVOY, CLERK

AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

CHRISTIE MARIE F.,

*Plaintiff*

v.

FRANK BISIGNANO,
Commissioner of Social Security,

*Defendant*

Civil Action No. 1:26-CV-3089-JAG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* __________ recover from the defendant *(name)* __________ the amount of __________ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __________ recover costs from the plaintiff *(name)* __________ .

✔ other: Pursuant to the Order at ECF No. 14, the parties' Stipulated Motion to Remand at ECF No. 13, is GRANTED. All other pending motions are DENIED AS MOOT. This case is REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

❒ tried by a jury with Judge __________ presiding, and the jury has rendered a verdict.

❒ tried by Judge __________ without a jury and the above decision was reached.

✔ decided by Judge JAMES A. GOEKE

Date: 11/9/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*